*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN SAO, CHRISTOPHER LUCAS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LT. BRAD YOUNG, individually and as a peace officer, PETER MICHAEL, Chief of Police, Pasadena City College Police Department, individually and as a peace officer, RICK VAN PELT, Interim VP, Administrative Services, Pasadena Area Community College District, individually, DOES 1-10,<br><br>    Defendants. | Case No. CV 11-4752 GW (FMOx)<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

  Pursuant to the agreement of the parties to this action as evidenced by their Stipulation of Dismissal filed currently herewith,

  **IT IS HEREBY ORDERED** that Defendants Lt. Brad Young, individually and as a peace officer, Peter Michael, Chief of Police, Pasadena City College Police Department, individually and as a peace officer, Rick Van Pelt, Interim VP,

////

////

Administrative Services, Pasadena Area Community College District, are dismissed from this action with prejudice.

IT IS SO ORDERED.

DATED: January 9, 2013

_George H. Wu_
George H. Wu
United States Central District Judge